UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RYAN O'CONNELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01889-JRS-MJD |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**TRIAL SETTING AND**
**NOTICE OF FINAL PRETRIAL CONFERENCE**

This cause is hereby set for a **Jury Trial** before Judge James R. Sweeney II

on **June 14, 2027  at 9:00 a.m. (ET)** in Room 202 of the Birch Bayh Federal

Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

A **Final Pretrial Conference** is also set for **May 27,  2027 at 9:00 a.m.**

**(ET)** in Room 202 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East

Ohio Street, Indianapolis, Indiana.

Date: 12/2/2025

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

John A. Masters
LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
jmasters@lglfirm.com

Eric C. McNamar
LEWIS WAGNER, LLP
emcnamar@lewiswagner.com

Zachary Carl Melloy
Langhenry, Gillen, Lunquist & Johnson
zmelloy@lglfirm.com

Christopher Chase Wilson
Lewis Wagner, LLP
cwilson@lewiswagner.com