**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| RYAN O'CONNELL, <br> LAUREN O'CONNELL, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY <br> COMPANY, an Illinois Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:25-cv-01889-JRS-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO DISMISS**
**COUNTS III THROUGH V OF PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant, State Farm Fire and Casualty Company ("State Farm"), by counsel, and pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and Local Rule 7-1 of the United States District Court for the Southern District of Indiana, moves this Court for the dismissal of Counts III through V of Plaintiffs Ryan O'Connell and Lauren O'Connell's (collectively, the "Plaintiffs") *First Amended Complaint* (the "Amended Complaint") (ECF No. 51). In support of its Motion, State Farm submits an accompanying brief (ECF No. 56). Based on the facts and law, dismissal of Counts III through V of Plaintiffs' Amended Complaint is proper.

LEWIS WAGNER & TRIMBLE

*/s/ Eric C. McNamar*
ERIC C. MCNAMAR, #22467-49
C. CHASE WILSON, #38386-29
***Counsel for State Farm Fire and Casualty***
***Company***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2026, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

John A. Masters
Zachary C. Melloy
Natalie K. Givan
LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
350 Columbia Street, Suite B
South Bend, IN  46601
jmasters@lglfirm.com
zmelloy@lglfirm.com
ngivan@lglfirm.com

> */s/ Eric C. McNamar*
> ERIC C. MCNAMAR, #22467-49

LEWIS WAGNER & TRIMBLE
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone:    317-237-0500
emcnamar@lewiswagner.com
cwilson@lewiswagner.com