AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Ryan O'Connell, Lauren O'Connell | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-01889-JRS-MJD |
| State Farm Fire and Casualty Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant State Farm Fire and Casualty Company                                              .


Date:      06/01/2026

/s/ Sondra A. Hemeryck
*Attorney's signature*

Sondra A. Hemeryck (IL 6207039)
*Printed name and bar number*

Riley Safer Holmes & Cancila LLP
1 S. Dearborn Street, Suite 2200
Chicago, IL 60603

*Address*

shemeryck@rshc-law.com
*E-mail address*

(312) 471-8700
*Telephone number*

(312) 471-8701
*FAX number*