#24515

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RYAN O'CONNELL,                )
LAUREN O'CONNELL              )
                   Plaintiffs,        )
                                          )
          v.                              )          No. 1:25-cv-01889-JRS-MJD
                                          )
STATE FARM FIRE AND CASUALTY   )
COMPANY,                           )
                   Defendant.       )

**Plaintiffs' Unopposed Motion for Enlargement of Time**

Plaintiffs, Ryan and Lauren O'Connell, by counsel, hereby submit their Motion for Enlargement of Time

1.     On June 9, 2026, the Court ordered the parties to email the Court with a brief outline of remaining discovery disputes by 10 a.m. on June 16, 2026. (Dkt. 60).

2. Counsel for the parties held a meet and conference telephone conference on June 12, 2026, which resolved many of the parties' respective discovery disputes.

3. Counsel for the parties are scheduled to discuss remaining discovery issues, primarily the scheduling of upcoming depositions, in a further telephone conference scheduled for today, June 16, 2026, at 4 p.m. Eastern.

4. The parties therefore request an enlargement of time to June 16, 2026, at 7 p.m. to provide the Court with their brief outline of remaining discovery disputes, should any remain following the parties' 4 p.m. telephone conference.

Respectfully submitted,

**RYAN O' CONNELL and LAUREN O'CONNELL**

By: ___ /s/ John A. Masters_____
John A. Masters (Attorney No. 29013-71)
Zachary C. Melloy (Attorney No. 35038-82)

1

Langhenry, Gillen, Lundquist & Johnson, LLC
350 Columbia Street, Suite B
South Bend, IN 46601
Ph. (574) 383-5126
Fax (219) 595-5970
jmasters@lglfirm.com
zmelloy@lglfirm.com
ngivan@lglfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, state that I caused the foregoing notice with enclosures referred to thereon, if any, to be served by email to the attorneys of record at their addresses of record, on the **16ᵗʰ** day of **June 2026.**

By:    /s/ John A. Masters
John A. Masters (Attorney No. 29013-71)
Zachary C. Melloy (Attorney No. 35038-82)
Natalie K. Givan (Attorney No. 39314-30)
Langhenry, Gillen, Lundquist & Johnson, LLC
350 Columbia Street, Suite B
South Bend, IN 46601
Ph. (574) 383-5126
Fax (219) 595-5970
jmasters@lglfirm.com
zmelloy@lglfirm.com
ngivan@lglfirm.com

**Attorneys for Defendant**
Eric C. McNamar
Christopher C. Wilson
LEWIS WAGNER & TRIMBLE
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone: 317-237-0500
emcnamar@lewiswagner.com
cwilson@lewiswagner.com

2